No. 10-10293. Joseph McGowan, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.

565 U.S. 1013, 132 S. Ct. 548, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 7992.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-10377. Wayne Miranda, Petitioner v. Massachusetts.

565 U.S. 1013, 132 S. Ct. 548, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 7970.

November 7, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 458 Mass. 100, 934 N.E.2d 222.

No. 10-11035. Gary N. Parker, Petitioner v. United States.

565 U.S. 1013, 132 S. Ct. 549, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 8033.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-11064. Bruce Alan Wilson, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

565 U.S. 1013, 132 S. Ct. 549, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 8031.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-26. Watchtower Bible and Tract Society of New York, Inc., et al., Petitioners v. Antonio M. Segardia de Jesus, Secretary of Justice of Puerto Rico, et al.

565 U.S. 1014, 132 S. Ct. 549, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 7990.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 634 F.3d 3.

No. 11-37. Alfredo De Pina Silas Monteiro, Petitioner v. Eric H. Holder, Jr., Attorney General.

565 U.S. 1014, 132 S. Ct. 549, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 8071.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-102. National Petrochemical and Refiners Association and American Petroleum Institute, Petitioners v. Environmental Protection Agency, et al.

565 U.S. 1014, 132 S. Ct. 571, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 7950.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 394 U.S. App. D.C. 1, 630 F.3d 145.

No. 11-162. James David Cnockaert, Petitioner v. United States.

565 U.S. 1014, 132 S. Ct. 550, 181 L. Ed. 2d 396, 2011 U.S. LEXIS 8053.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 432 Fed. Appx. 676.